# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE:** | **Case # 14-39000** |
| **William L Blakemore** | **Chapter 7** |
| Debtor(s). | **Honorable Pamela S. Hollis** |

## CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. May 1, 2018.

Cindy M. Johnson                                    /s/ Cindy M. Johnson
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
312-345-1306

## SERVICE LIST

### Electronic Mail Notice List
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Tarek M Khalil    ndil@geracilaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Juan M Villalpando    ndil@geracilaw.com

### Manual Notice List
Alan D Lasko
Alan D Lasko & Associates Pc
205 W. Randolph Street
Suite 1150
Chicago, Illinois  60606

THD/CBNA
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls,SD 57117-6497

William L Blakemore
22700 S. Olympia Drive
Frankfort, IL 60423-7742

CHASE
Attn: Bankruptcy Dept.
Po Box 24696
Columbus,OH 43224-0696

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington,DE 19850-5316

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta,GA 30374-0241

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen,TX 75013-2002

Gateway Manufactured Homes
22900 S. Big Run Drive
Frankfort,IL 60423-7954

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester,PA 19022-1023

Sears/CBNA
Attn: Bankruptcy Dept.
Po Box 6283
Sioux Falls,SD 57117-6283